granted limited to Question 1 presented by the petition. ▮

No. 83–2132.  LUCKY STORES, INC. v. GARIBALDI.  C. A. 9th Cir.  Certiorari denied. ▮

No. 84–756.  MOORE v. GENERAL MOTORS CORP.  C. A. 8th Cir.  Certiorari denied. ▮

No. 84–821.  WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY v. LASSO.  C. A. 10th Cir.  Certiorari denied. ▮

No. 84–996.  JACOBS, EXECUTRIX OF THE ESTATE OF JACOBS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 84–1101.  BRAINARD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 84–1104.  PRZYBYLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 84–1136.  BURROUGHS ET AL. v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.  C. A. 7th Cir.  Certiorari denied. ▮

No. 84–1142.  EXXON CORP. v. DEPARTMENT OF ENERGY ET AL.; and
No. 84–1316.  TEXACO INC. v. DEPARTMENT OF ENERGY ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.  Reported below: 752 F. 2d 650.

No. 84–1143.  O'BROCTA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 84–1171.  JENRETTE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied. ▮

No. 84–1173.  UNITED TRANSPORTATION UNION, SUCCESSOR TO BROTHERHOOD OF RAILROAD TRAINMEN v. SEARS ET AL.  C. A. 10th Cir.  Certiorari denied. ▮

No. 84–1177.  STERLING v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮